[No. 37776-4-II.   Division Two.   September 3, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. BILLY CHAPMAN FRAWLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-05057-6, Rosanne Buckner, J., entered May 23, 2008. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton and Bridgewater, JJ.

[No. 37899-0-II.   Division Two.   September 3, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY ALAN DEAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-05114-1, D. Gary Steiner, J., entered May 21, 2008. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Penoyar, A.C.J., and Becker, J.

[No. 37906-6-II.   Division Two.   September 3, 2009.]

THE STATE OF WASHINGTON, *Appellant*, v. SARA MARIE MIHALI, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-01818-6, Ronald E. Culpepper, J., entered June 13, 2008. *Reversed* and *remanded* by unpublished opinion per Penoyar, A.C.J., concurred in by Houghton and Becker, JJ. Now published at 152 Wn. App. 879.

[No. 37948-1-II.   Division Two.   September 3, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ZIPPORAH FOSTER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 07-1-02325-9, Roger A. Bennett, J., entered June 24, 2008. *Affirmed* by unpublished opinion per Penoyar, A.C.J., concurred in by Bridgewater and Hunt, JJ.